

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2018

No. 04-18-00505-CR

Richard Alcorta **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B15467
Honorable Rex Emerson, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED. The State's Brief is due on January 28, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court